# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER A. WARREN, | CASE NO. 13cv2767-LAB (BLM) |
| Plaintiff, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, et al., | |
| Defendant. | |

Plaintiff Roger Warren has pursued his claims in two earlier cases, 12cv3029, *Warren v. Quality Loan Service Corporation*, and 13cv617, *Warren v. Federal Home Loan Mortgage Corporation*. In the latter, the Court dismissed his claims with prejudice on June 21, 2013. He never appealed, and that dismissal is now final. In this case, Warren filed a complaint substantially identical to the last one, bringing the same claims against the same Defendants. He has also filed a motion to proceed *in forma pauperis*, as well as a motion for an order shortening time, a motion asking the Court to enjoin a state court's unlawful detainer judgment against him, and a motion for notice of *lis pendens*. He did not mention the fact that he had filed two related complaints earlier.

Dismissal with prejudice means the claims cannot be relitigated in a later action. By refiling the same claims, and failing to mention the fact that the fact that they had already been dismissed with prejudice, it appears Warren was not acting in good faith as required

by Fed. R. Civ. P. 11(b). But in view of Warren's status as a *pro se* litigant, the Court does not believe sanctions are in order. Warren is, however, cautioned that his claims have been dismissed and that dismissal is final. He must not file any more complaints including a claim that he owns or should own the property at 9960 El Nopal Street in Santee, California.

The four motions are **DENIED AS MOOT**, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is directed to close the docket.

**IT IS SO ORDERED**.

DATED: December 19, 2013

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge